RAVEN & KOLBE, LLP
Keith A. Raven, Esq. (KR-8086)
Attorneys for Defendants
BRIAN BRONSON and LILY
TRANSPORTATION CORP.
126 East 56th Street, Suite 202
New York, New York 10022
(212) 759-7466

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARIO PAREDES,                       :   Civil No.:   -cv-
                                     :
                 Plaintiff(s),       :   **NOTICE OF REMOVAL**
                                     :
     -against-                       :
                                     :
BRIAN BRONSON and LILY               :
TRANSPORTATION CORP.,                :
                                     :
                 Defendant(s).       :
------------------------------------X

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that defendants, BRIAN BRONSON and LILY TRANSPORTATION CORP., by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully submit their Notice of Removal of this action from the Supreme Court of New York, County of Bronx, in which this action is pending, to the United States District Court for the Southern District of New York, being the district embracing the place where the action is pending. In support of their Notice of Removal, defendants state as follows:

1.   On June 1, 2022, plaintiff filed a lawsuit in the Supreme Court of New York, County of Bronx, under Index No. 808209/2021E. A true and complete copy of plaintiff's Summons and Verified Complaint is annexed hereto as **Exhibit "A"**.

2. Plaintiff's Summons and Verified Complaint was served on defendant, LILY TRANSPORTATION CORP., on June 8, 2021.

3. Defendant, BRIAN BRONSON, is a resident of the State of Pennsylvania.

4. Defendant, LILY TRANSPORTATION CORP., is a Foreign Business Corporation in the State of Massachusetts with its principal place of business in Needham, Massachusetts.

5. This Notice of Removal is timely filed in that the Notice of Removal was filed within thirty (30) days of defendants first receiving a copy of plaintiff's Summons and Verified Complaint. 28 U.S.C. §1446(b).

6. A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, County of Bronx, and served on all parties as required by 28 U.S.C. §1446(d).

7. This Court has original jurisdiction over this action because there is complete diversity between the parties under 28 U.S.C. §1332(a), and this action is removable to this Court pursuant to 28 U.S.C. §1441(a)-(b).

8. There is complete diversity of citizenship between the plaintiff and the defendants in this action because the plaintiff alleges he is a resident of the County of Bronx, State of New York, Exhibit A at Summons and ¶1 of Complaint; and defendants are citizens of the States of Pennsylvania, Exhibit A at Summons, and Massachusetts.

9. Furthermore, the amount in controversy would be in excess of $75,000, exclusive of interests, costs and attorneys fee, based upon the select copies of medical records wherein plaintiff is claiming neck and back problems as well as a traumatic brain injury as per MRI/DTI studies.

10. No prior application for the same or similar relief has been made to this or any other Court.

**WHEREFORE**, defendants, BRIAN BRONSON and LILY TRANSPORTATION CORP., respectfully request that this action be removed from the Supreme Court of New York, Bronx County, and that this Court assume jurisdiction of this action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial.

Dated: June 27, 2022
New York, New York

> RAVEN & KOLBE, LLP
> Attorneys for Defendants
> BRIAN BRONSON and LILY
> TRANSPORTATION CORP.
>
> By: _____
> KEITH A. RAVEN (KR-8086)

TO:

PARKER WAICHMAN LLP
Attorneys for Plaintiff
MARIO PAREDES
6 Harbor Park Drive
Port Washington, New York 11050
Tel.: (516) 466-6500
File No.: 2102922
Gerard Ryan, Esq.
gryan@yourlawyer.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK  )

Nelida M. Lamboy-Perez, being duly sworn, deposes and says:

That she is an employee in the office of RAVEN & KOLBE, LLP, attorneys herein; that deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in New York; and, that on June 28, 2022, she filed via ECF and served the within copy of the **NOTICE OF REMOVAL AND EXHIBIT** upon:

> PARKER WAICHMAN LLP
> 6 Harbor Park Drive
> Port Washington, New York 11050
> Gerard Ryan, Esq.
> gryan@yourlawyer.com

by depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States Government directed to the above-mentioned parties at their respective address above, that this being the address within the State designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

NELIDA M. LAMBOY-PEREZ

Sworn to before me this
28th day of June, 2022

Keith A. Raven
Notary Public, State of New York
Reg. No. 02RA6011105
Commission Expires 08-03-23